# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### PROBATION OFFICE

**TONY GRAHAM**
**CHIEF PROBATION OFFICER**

P. O. BOX 8165
**SAVANNAH 31412**

PHONE:  912-650-4150
FAX:  912-650-4148



**AUGUSTA 30903**
**FEDERAL JUSTICE CENTER**
P. O. BOX 760
PHONE:  706-849-4450
FAX:  706-849-4449

**BRUNSWICK 31521**
P. O. BOX 878
PHONE:  912-280-1350
FAX:  912-280-1349

**SAVANNAH**

# <u>MEMORANDUM</u>

DATE:  February 18, 2026

TO:  Honorable Christopher L. Ray
United States Magistrate Judge

FROM:  Christopher Gaines
United States Probation Officer

RE:  Martin O. Luque Sierra
4:25CR00076-1
Savannah Division
Represented by: Anthony James Poulos
**<u>EARLY TERMINATION REQUEST</u>**

On July 8, 2025, Martin O. Luque Sierra appeared before the Court and was sentenced for the offense of reckless driving.  The Court sentenced Luque Sierra to eleven months probation and ordered that he pay a $600 fine and a $25 special assessment.  Special conditions were ordered that the offender submit to substance abuse testing; provide the probation officer with access to any requested financial information; not incur new credit charges or open additional lines of credit without approval of the probation officer; and pay the financial penalty in accordance with the Schedule of Payments Sheet of the judgment.

Luque Sierra has paid his fine and special assessment in full.  All urine samples submitted by the offender have been returned with negative results.  The offender has posed no problems while under supervision and has complied with all Court-ordered conditions.

In light of the offender's favorable adjustment to supervision, it is respectfully recommended that this case be terminated.  Should the Court concur with this recommendation, an order terminating probation is attached for the Court's signature.

As per Rule 32.1(c), the United States Attorney's Office has been contacted and Assistant United States Attorney Cox has been notified that early termination is being recommended.

Honorable Christopher L. Ray
RE: Martin O. Luque Sierra
Dkt. No. 4:25CR00076-1
Page 2


Enclosure


Reviewed by:



Tim Williams
Supervisory United States Probation Officer

PROB 35
(Rev. 5/23)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.                                                   Crim. No.   4:25CR00076-1

Martin O. Luque Sierra

On July 8, 2025, the above named was placed on probation for a period of eleven months.  He has complied with the rules and regulations of probation and is no longer in need of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____

Christopher Gaines
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this 19th day of February, 2026.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia